No. 1114. Colón et al., Plaintiffs and Respondents, *v.* Suárez et al., Defendants; Succession of Pardo, Appellant.—Appeal from the District Court of San Juan, Section 1, in an action to nullify a sale and a possessory title, etc. Motion of the appellant, Succession of Pardo, with the consent of the respondents, for leave to withdraw the appeal. Decided March 12, 1914. Motion sustained. *Mr. Enrique Rincón* for the respondents. *Mr. José de Guzmán Benítez* for the appellant.

---

No. 666. The People, Plaintiff and Respondent, *v.* Vega, Defendant and Appellant.—Appeal from the District Court of Arecibo in a prosecution for petty larceny. Decided March 16, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Salvador Picornell* for the appellant.

---

No. 1120. Santiago et al., Plaintiffs and Appellants, *v.* Noa et al., Defendants and Respondents.—Appeal from the District Court of San Juan, Section 1, in an action for the recovery of the joint-ownership of a rural property and damages. Motion by the respondent for dismissal of the appeal. Decided March 18, 1914. Appeal dismissed because of failure to file a transcript of the record. *Mr. Eugenio Benítez Castaño* for the appellants. *Messrs. Alvarez Nava & Domínguez* for the respondents.

---

No. 1110. Hermida & Palos, Plaintiffs and Appellants, *v.* Gestera, Defendant and Respondent.—Appeal from the District Court of San Juan, Section 1, from an order granting an attachment to secure the effectiveness of judgment. Motion by the respondent to strike out the transcript of the record. Decided March 18, 1914. Motion overruled pursuant to rule 58 of this court. *Mr. A. J. Amadeo* for the appellants. *Messrs. Bosch & Soto* for the respondent.